**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**DEREK SLOANE (JID - 38424),**

            **Plaintiff,**

      **-v-**                                                       **12-CV-0025Sr**

**BORAWSKI, et al.,**

            **Defendants.**

---

## DECISION AND ORDER

The Westchester County Jail is directed to permit a telephone conference between plaintiff and his *pro bono* counsel, Marc A. Schulz, Esq. of Hurwitz & Fine, P.C., at 10:00 a.m. on October 18, 2016.

**SO ORDERED.**

DATED:    Buffalo, New York
             October 11, 2016

                                              *s/ H. Kenneth Schroeder, Jr.*
                                              **H. KENNETH SCHROEDER, JR.**
                                              **United States Magistrate Judge**